Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
SEP 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN, | Case No. CV 07-1778-GPS (PJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  9/10/08

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\COLEMAN, R 1778\Judgment.wpd